**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:18-CV-34**

HOBART WHITE,
*as Administrator of the Estate of Cladie Hollis, Deceased* PLAINTIFF

V. **ORDER OF RECUSAL**

WAL-MART STORES EAST, L.P. DEFENDANT

Upon review of this matter, the Court concludes that recusal is this case is required.

Therefore, the undersigned judge hereby recuses himself from this matter; and this case is reassigned to the docket of **Chief Judge Greg N. Stivers** for all further proceedings and disposition. Counsel are instructed to change the civil action number to reflect the initial **(S)** in place and instead of the initial (R) on all further pleadings.

**IT IS SO ORDERED**.

Thomas B. Russell

**Thomas B. Russell, Senior Judge**
**United States District Court**

January 16, 2019

cc: Counsel
Chief Judge Greg N. Stivers
Case Manager